UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANASIA SMITH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:25-cv-2677 |
| HARRIS COUNTY; | § | |
| ED GONZALEZ; | § | |
| PAULITA FRANCO; | § | |
| TALIA RUBIO; | § | |
| DE'ESSENCE LEWIS; | § | |
| LASHA M. HAYNES; | § | JURY REQUESTED |
| TAYLOR NESHAY HODGES; and | § | |
| TERRENCE ALFORD; | § | |
| | § | |
| Defendants. | § | |

**EXHIBIT A TO THE COMPLAINT**

**USB DRIVE FILED MANUALLY WITH THE CLERK'S OFFICE**